```
UNITED STATES DISTRICT COURT                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -v-                             :
                                        :
AARON CALLOCK,                          :
ARTHUR LOWE,                            :      ORDER
 a/k/a "Mark,"                          :      07 Cr. 500
DANE CLARKE,                            :
 a/k/a "Hawk,"                          :
JENNY SUE LEASURE,                      :
TAMERIA MCKENNEY,                       :
BETTY CRAVEN,                           :
ROBERTA BRASSEUR,                       :
JOSEPH HARTLINE,                        :
 a/k/a "Mike,"                          :
CHRISTIN VANCAMP,                       :
JULIE GILLMAN, and                      :
KELLIE KIRKBRIDE,                       :
                                        :
        Defendants.                     :
                                        :
- - - - - - - - - - - - - - - - - - - -X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 11 2007

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       June 11, 2007

_____
UNITED STATE MAGISTRATE JUDGE
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AARON CALLOCK, ARTHUR LOWE, a/k/a "Mark,"
CANE CLARKE, a/k/a "Hawk," JENNY SUE
LEASURE, TAMERIA MCKENNEY, BETTY
CRAVEN, ROBERTA BRASSEUR, JOSEPH
HARTLINE, a/k/a "Mike," CHRISTIN VANCAMP,
JULIE GILLMAN, and KELLIE KIRKBRIDE,

Defendants.

## ORDER

07 Cr. 500

                                             MICHAEL J. GARCIA
                                             United States Attorney.