

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

> USDC SDNY
> ~~DOCUMENT~~
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _June 30 200_

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2008

**BY FACSIMILE**



The Honorable Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007
Fax: (212) 805-7908

      Re:   <u>United States v. Aaron Callock, et al.</u>
                07 Cr. 500 (TPG)

Dear Judge Griesa:

      A conference had been scheduled in the above-referenced matter for Tuesday, May 27, 2008. Shortly before that date, the Government was informed by Your Honor's deputy that the conference needed to be adjourned to another date during the week of May 27, 2008. Unfortunately, it proved impossible to coordinate the schedules of the lawyers for the seven defendants who remain in the case during that week, and I was subsequently informed that the Court would not be available for a conference thereafter until August. Accordingly, I understand that this matter is currently scheduled for a conference on Tuesday, August 12, 2008, at 4:30 p.m. The Government continues to discuss the possibility of a disposition of the case with each of the defendants, and accordingly asks that time be excluded between the date of today's letter and the conference date of August 12, in order to permit those discussions to continue.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

*Approved*
*Thomas P. Griesa*
*U S D J*
*6/27/08*

By: _Jenna M. Dabbs_
Jenna M. Dabbs
Assistant United States Attorney
(212) 637-2212

cc:    All counsel of record (by facsimile)